United States District Court
Southern District of Texas
**ENTERED**
January 31, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MARK LINSEY AND LINDA LINSEY | § § | |
| vs. | § § | CIVIL ACTION NO. 4:17-cv-02078 |
| | | JURY REQUESTED |
| STATE FARM LLOYDS, INC. AND ADRIAN EUGENE | § § | |

## ORDER ON STIPULATION OF DISMISAL WITH PREJUDICE AS TO STATE FARM LLOYDS, INC. ONLY

On this date, came to be considered Plaintiffs' Stipulation of Dismissal with Prejudice as to State Farm Lloyds, Inc. only. The Court, having considered Plaintiffs' Stipulation of Dismissal with Prejudice as to State Farm Lloyds, Inc. only is of the opinion that the Stipulation of Dismissal should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' Stipulation of Dismissal with Prejudice as to State Farm Lloyds, Inc. only is GRANTED, and Defendant STATE FARM LLOYDS, INC. is hereby dismissed, with full prejudice, from this lawsuit and that Plaintiffs are barred from re-filing any claims and/or causes of action against STATE FARM LLOYDS, INC. at a later date. All costs of court are assessed against party incurring same as to State Farm Lloyds, Inc.

APPROVED AND ORDERED on this 31st day of January 31, 2018

_____
United States District Court Judge

**APPROVED AS TO FORM AND SUBSTANCE:**

**BRASHER LAW FIRM, PLLC**

By: */s/ Nishi Kothari (w/permission)*
    **CLINT BRASHER**
    State Bar No. 24009915
    6430 Wellington Place
    Beaumont, Texas 77706
    (409) 832-3737 - Telephone
    (409) 832-3838 - Facsimile
    clint@brasherattorney.com

**ATTORNEY FOR PLAINTIFFS**

**OF COUNSEL:**

**JOE MUCKLEROY**
Texas Bar No. 24065801
joe@brasherattorney.com
**NISHI KOTHARI**
Federal Bar No. 2274021
Texas Bar No. 24087862
nishi@brasherattorney.com
6430 Wellington Place
Beaumont, Texas 77706
(409) 832-3737 - Telephone
(409) 832-3838 - Facsimile

**GERMER PLLC**

By: */s/ Rett Holidy*
    **DALE M. "RETT" HOLIDY**
    State Bar No. 00792937
    Federal I.D. No. 21382
    America Tower
    2929 Allen Parkway, Suite 2900
    Houston, Texas 77019
    (713) 650-1313 - Telephone
    (713) 739-7420 - Facsimile
    rholidy@germer.com

**ATTORNEY FOR DEFENDANTS**